Argued June 22, affirmed June 22, 1971

STATE OF OREGON, *Respondent, v.*
RAYMOND ROY NELSON, *Appellant.*

485 P2d 1251

*Gerald R. Pullen,* Portland, argued the cause for appellant. With him on the brief was John W. Danner, Portland.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.